Thomas H. Fell, Esq. (SBN 3717)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 S. Fourth St., Suite 1400
Las Vegas, NV 89101
Tel: (702) 692-8000
tfell@fclaw.com; jtennert@fclaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARITA CABRAL, an individual, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Delaware corporation, et al.,<br><br>Defendants. | CASE NO.: 2:17-cv-02841-APG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND AND/OR SET DEADLINES FOR DEFENDANTS TO FILE THEIR RESPONSE TO MOTION TO CONSOLIDATE [ECF NO. 6] AND ALSO TO RESPOND TO THE FIRST AMENDED COMPLAINT [ECF NO. 9]**<br><br>**FIRST REQUEST** |

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree to extend and/or set the deadlines for the response to Plaintiffs' Motion to Consolidate (ECF No. 6), filed on November 30, 2017, and to set the deadline to file responses to the First Amended Complaint (ECF No. 9), filed on December 6, 2017, as follows:

1. The deadline for Defendants to file their responses to the Motion to Consolidate, if any, shall be February 14, 2018; and

2. The deadline for Defendants to file their responses to the First Amended Complaint shall be February 14, 2018.

This stipulation for additional time is made in connection with Defendants' counsel's agreement to accept service on behalf of Defendants and is warranted to allow Defendants additional time to gather facts and prepare responses to the allegations in the First Amended

//////////

//////////

Complaint, whether by answer or motion practice.

DATED: January 4, 2018.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** |
| By: /s/ John D. Tennert<br>　　Thomas H. Fell, Esq. (SBN 3717)<br>　　John D. Tennert, Esq. (SBN 11728)<br>　　300 S. Fourth St., Suite 1400<br>　　Las Vegas, NV 89101<br>　　Tel: (702) 692-8000<br>　　tfell@fclaw.com<br>　　jtennert@fclaw.com | By: /s/ Don Springmeyer<br>　　Don Springmeyer, Esq. (SBN 1021)<br>　　Bradley Schrager, Esq. (SBN 10217)<br>　　3556 E. Russell Road, 2nd Floor<br>　　Las Vegas, NV 89120-2234<br>　　Tel: (702) 341-5200<br>　　dspringmeyer@wrslawyers.com<br>　　bschrager@wrslawyers.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 17, 2018

13539160

2

# **CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on January 4, 2018, a true and correct copy of the **STIPULATION AND [PROPOSED] ORDER TO EXTEND AND/OR SET DEADLINES FOR DEFENDANTS TO FILE THEIR RESPONSE TO MOTION TO CONSOLIDATE [ECF NO. 6] AND ALSO TO RESPOND TO THE FIRST AMENDED COMPLAINT [ECF NO. 9],** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case. If electronic notice is not indicated through the court's e-filing system, then a true and correct paper copy of the foregoing document was delivered via U.S. Mail.

| | |
|---|---|
| Michael Dell'Angelo, Esq. | R. Bryant McCulley, Esq. |
| Berger & Montague, P.C. | McCulley McCluer PLLC |
| 1622 Locust St. | 1022 Carolina Blvd., Suite 300 |
| Philadelphia, PA 19103 | Charleston, SC 29451 |
| mdellangelo@bm.net | bmcculley@mcculleymccluer.com |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

                /s/ Pamela Carmon
               An Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200