Don Springmeyer, NSB No. 1021
Bradley Schrager, NSB No. 10217
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Tel: (702) 341-5200
Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

Michael Dell'Angelo (pro hac vice)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bm.net

R. Bryant McCulley (pro hac vice)
**MCCULLEY MCCLUER PLLC**
1022 Carolina Blvd., Ste. 300
Charleston, SC 29451
Tel: (855) 467-0451
Fax: (662) 368-1506
bmcculley@mcculleymccluer.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARITA CABRAL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION, et al.,<br><br>Defendants. | Case No.: 2:17-cv-02841-APG-VCF<br><br>**STIPULATION AND ORDER TO:**<br><br>**(1) EXTEND DEADLINE FOR PLAINTIFFS TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF No. 22]; AND**<br><br>**(2) EXTEND DEADLINE FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |
| MARY PHELPS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, et al,<br><br>Defendant. | Case No.: 2:17-cv-02848-APG-CWH |
| MARIA MARTINEZ, et al. ,<br><br>Plaintiffs, | Case No.: 2:17-cv-2859-APG-NJK |

|                                                      |                                     |
| ---------------------------------------------------- | ----------------------------------- |
| vs,                                                  |                                     |
| LAS VEGAS SANDS CORP, et al.                         |                                     |
| Defendants.                                          |                                     |
| STEVEN SCHNITZER, et al.,                            | Case No.: 2:17-cv-02868-APG-GWF    |
| Plaintiffs,                                          |                                     |
| v.                                                   |                                     |
| WYNN RESORTS, LTD. and WYNN LAS VEGAS, LLC           |                                     |
| Defendants.                                          |                                     |
| KERRI SHAPIRO,                                       | Case No.: 2:17-cv-02930-APG-CWH    |
| Plaintiff,                                           |                                     |
| v.                                                   |                                     |
| TREASURE ISLAND, LLC and RUFFING ACQUISITION, LLC,   |                                     |
| Defendants.                                          |                                     |

On March 14, 2018, pursuant to this Court's Order Granting Stipulations [ECF No. 21], Defendants filed a consolidated Motion to Dismiss Plaintiffs' First Amended Complaint [ECF No. 22] (the "Motion"). Currently, Plaintiffs' Opposition to the Motion is due by March 28, 2018, while Defendants' Reply in support of the Motion would be due in the normal course within seven days of being served with Plaintiffs' Opposition. *See - LR 7-2*. In light of the legal claims and theories at issue, the number of cases and parties involved, and the ultimate impact of this Court's decision on the Motion, the Parties, by and through their undersigned counsel, hereby stipulate, and request the Court to approve, that:

1. The current deadline of March 28, 2018 for Plaintiffs to file an Opposition to the Motion be extended to Friday, April 13, 2018, which is 30 days after the filing of the Motion on March 14, 2018; and

2. Defendants shall have up to and including May 14, 2018, which is 30 days after the filing of Plaintiffs' Opposition, to file a Reply in support of the Motion.

These stipulations are made in agreement between Plaintiffs and Defendants in the instant action and consolidated cases, Case Nos. 2:17-cv-02841, 2:17-cv-02848, 2:17-cv-02859, for the limited purpose of determining Subject Matter Jurisdiction, and are made in good faith in order to enhance the presentation of seminal issues before this Court, and to preserve party and judicial resources.

DATED: March 21, 2018.

Respectfully submitted:

| **FENNEMORE CRAIG, P.C.** | **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** |
|---|---|
| By: */s/John Tennert* <br> Thomas H. Fell, Esq. (SBN 3717) <br> John D. Tennert, Esq. (SBN 11728) <br> 300 S. Fourth St., Suite 1400 <br> Las Vegas, NV 89101 <br> Tel: (702) 692-8000 <br> tfell@fclaw.com <br> jtennert@fclaw.com | By: */s/ Don Springmeyer* <br> Don Springmeyer, Esq. (SBN 1021) <br> Bradley Schrager, Esq. (SBN 10217) <br> 3556 E. Russell Road, 2nd Floor <br> Las Vegas, NV 89120-2234 <br> Tel: (702) 341-5200 <br> dspringmeyer@wrslawyers.com <br> bschrager@wrslawyers.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: March 22, 2018.